# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>508 Welder Street, East Spencer, North Carolina including additional structures located on or within the curtilage and any vehicles present | ) ) ) ) Case No. 1:21MJ57-1 ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

508 Welder Street, East Spencer, North Carolina including additional structures located on or within the curtilage and any vehicles present, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Evidence of dog fighting in violation of 7 U.S.C. § 2156, as further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 25, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Joe L. Webster_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 02/11/2021 12:58 pm    _____
                                              *Judge's signature*

City and state: Durham, North Carolina    Joe L. Webster, United States Magistrate Judge
                                           *Printed name and title*

## Return

| | | |
|---|---|---|
| Case No.:<br>1:21MJ57-1 | Date and time warrant executed:<br>02/17/2021  7:50 am | Copy of warrant and inventory left with:<br>Premises of 508 Welder Street, East Spencer, NC |

Inventory made in the presence of: Janet White

Inventory of the property taken and name(s) of any person(s) seized:

Please see attached Search Warrant Inventory and Animal Inventory Log.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/18/2021

*Executing officer's signature*

George Moore, Special Agent, USDA-OIG
*Printed name and title*

**IN THE MATTER OF THE SEARCH OF:**
SEARCH WARRANT
508 WELDER STREET

EAST SPENCER NC.

## Search Warrant Inventory

Item No.: 1-2021-2-1
Property Type: Other Evidence
Evidence Type: Cellphone
Quantity: 1
Description: Apple iPhone - smoke gray
Make: Apple
Model: iPhone
Color: Smoke Gray
Serial: Unknown
Other No.:

Item No.: 1-2021-2-2
Property Type: Other Evidence
Evidence Type: Cellphone
Quantity: 1
Description: Samsung cellphone
Make: Samsung
Model: Unknown
Color: Black
Serial: Unknown
Other No.:

Item No.: 1-2021-2-3
Property Type: Other Evidence
Evidence Type: Medicine
Quantity: 1
Description: Bottle of Neurontin
Make:
Model:
Color: Green vet bottle
Serial:
Other No.:

Item No.: 1-2021-2-4
Property Type: Other Evidence
Evidence Type: Cellphone
Quantity: 1
Description: Samsung with cracked screen
Make: Samsung
Model: Unknown
Color: Gray
Serial: Unknown
Other No.:

Inventory Officer: *Janet White*   Witness/Officer: *George Moore*

(Page 1 of 5)

# Search Warrant Inventory

| | |
|---|---|
| Item No.: | 1-2021-2-5 |
| Property Type: | Other Evidence |
| Evidence Type: | Docments |
| Quantity: | 1 |
| Description: | Vet Receipts |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-6 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 1 |
| Description: | Vet medicine |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-7 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 2 |
| Description: | Vet medicine |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-8 |
| Property Type: | Other Evidence |
| Evidence Type: | Documents |
| Quantity: | 1 |
| Description: | One bag of misc documents |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-9 |
| Property Type: | Other Evidence |
| Evidence Type: | Cellphone |
| Quantity: | 1 |
| Description: | Samsung cellphne with cracked screen |
| Make: | Samsung |
| Model: | Unknown |
| Color: | Black |
| Serial: | Unknown |
| Other No.: | |

Inventory Officer  *Janet White*         Witness/Officer:  *George Moore*

# Search Warrant Inventory

Item No.: 1-2021-2-10
Property Type: Monetary Evidence
Evidence Type: Cash
Quantity: 1
Description: Approximately $2,000 cash
Total Value:

Item No.: 1-2021-2-11
Property Type: Other Evidence
Evidence Type: Other
Quantity: 1
Description: Dog supply items
Make:
Model:
Color:
Serial:
Other No.:

Item No.: 1-2021-2-12
Property Type: Other Evidence
Evidence Type: Other
Quantity: 1
Description: One bag containing a vial of medicine
Make:
Model:
Color:
Serial:
Other No.:

Item No.: 1-2021-2-13
Property Type: Other Evidence
Evidence Type: Other
Quantity: 1
Description: 11 vaccines
Make:
Model:
Color:
Serial:
Other No.:

Item No.: 1-2021-2-14
Property Type: Other Evidence
Evidence Type: Cellphone
Quantity: 1
Description: Samsung cellphone
Make: Samsung
Model: Unknown
Color: Gold
Serial: Unknown
Other No.:

Inventory Officer: *Janet White*    Witness/Officer: *George Moore*

# Search Warrant Inventory

| | |
|---|---|
| Item No.: | 1-2021-2-15 |
| Property Type: | Other Evidence |
| Evidence Type: | Cellphone |
| Quantity: | 1 |
| Description: | Apple iPhone with cracked screen |
| Make: | Apple |
| Model: | Unknown |
| Color: | Red |
| Serial: | Unknown |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-16 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 1 |
| Description: | Box containing numerous pills, medicines, and liquids |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-17 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 1 |
| Description: | Rope hanging in the tree in the fron yard |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-18 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 1 |
| Description: | One bag containing numerous syringes and medicines. |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

| | |
|---|---|
| Item No.: | 1-2021-2-19 |
| Property Type: | Other Evidence |
| Evidence Type: | Other |
| Quantity: | 8 |
| Description: | Eight dog chains |
| Make: | |
| Model: | |
| Color: | |
| Serial: | |
| Other No.: | |

Inventory Officer *Janet White*   Witness/Officer: *George Moore*

## Search Warrant Inventory

On __2/17/21__ at __1:30 p.m.__ hours, this inventory was prepared and a copy of said inventory was provided in the following manner:

☒ No person was present to provide a copy of this inventory, subsequently it was left at the below location
__508 Welder Street__
__East Spencer NC__

☐ A copy of this inventory was provided to the belowsaid person:

Name: _____ Signature: _____

Address: _____

☐ I, the inventory Officer affix my signature to this document which depicts a true and accurate representation of the items seized pursuant to the authority of the above captioned search warrant.

Inventory Officer: _(signed)_  Witness/Officer: _(signed)_
Printed Name: __Janet White__  Printed Name: __George Moore__

Inventory Officer __Janet White__  Witness/Officer: __George Moore__

(Page 5 of 5)

# Animal Inventory Log

CATS ID: 20-AIG-000002  Location: 508 Walder St  Date: 2/17/21  Page: 1 of: 2

| Tally | USMS ID # | Breed | Color | M/F | Age | No. of young | Comments |
|---|---|---|---|---|---|---|---|
| | 002 | | Tan, white chest, forehead, chin | F | 3 | | wound on back right, both on left, prolapsed, cropped ears, amaciated, broken tail, scars on head, dehydrated |
| | 001 | | | M | | | prolapsed rectum, intact |
| | 004 | | Tri grey, white, tan, blue eyes, tan eyebrows, dark purple collar | F | 8w | | pale gums, infected ear crop, scaley skin, laxity |
| | 005 | | grey/white/white brindle, blue eyes, white docs, lsgnr green collar | M | 8w | | pale gums, infected ear crop |
| | 006 | | white, grey/blue eyes, mostly white, black on nose, red collar | F | 8w | | hungry, pale gums, infected ear crop |
| | 007 | | blue merle tri, yellow collar | M | 8w | | pale gums, infected |
| | 008 | | brown chocolate, back toes white, white back of paws | F | 2 | | low temp, fearful, dirty ears, severe underbite, prolapsed tact gland left eye right eye |
| | 003 | | dilute brindle, grey | F | 1.5 | | recessed vulva |
| | 009 | | dark grey, white chest, stripe on neck, between eyes | F | 5 | | scars on neck, blood shot eyes; sore on left front foot in heat, sore on cropped ears |
| | 010 | | Tri Tan, white, grey | F | 2 | | swollen in heat, broken R upper 12-4, scars in front upper leg, eye discharge |
| | 011 | | lilac + tan, blue + hazel eyes | F | 2 | | blue + hazel eyes, recessed vulva, blood stain on back |
| | 012 | | grey + white, curl tail | F | 5 | 1 | producing milk, bite scars front legs, filthy w/ feces + urine |
| | 012 a | | lilac merels tan, brown | F | 6m | | patchy allopecia, dirty ears, blue grey eyes, dehydrated, severe underbite |
| | 013 | | red + white | M | 3 | | pressure sores on hips, scars on legs, puncture wound right ear, intact; fearful + hungry |

Completed by Sarah Serna-Griffis    Signature

# Animal Inventory Log

CATS ID: 20-ASG-00002  Location: 508 Welder St  Date: 2/17/21  Page: 1 of: 2

| Tally | USMS ID # | Breed | Color | M/F | Age | No. of young | Comments |
|---|---|---|---|---|---|---|---|
|  | 014 |  | chocolate merel tri | M | 5 |  | eye discharge, scab on nose |
|  | 015 | french bull mix | fawn, tan+black | F | 5 |  | amaciated, stitched prolapse, feces caked on bottom, scarson |
| 6 | 016 | french bull mix | Brindle | F | 8 |  | head, left eye ulcer scar, pale gums, blood stain on face by eye |
|  | ↓ | ↓ | ↓ | ↓ | ↓ |  | very inflamed ears, in heat |
|  | 017 | french bull mix | lilac, white feet | F | 8 |  | eye discharge, scars on head, in heat |
|  | 018 | pit mix | blue merel tri tan, white, lilac | F | 2.5 |  | right eye discharge, in heat + bleeding, infected ear folds |
|  | 019 |  | red & white | M |  | hypothermi | swollen, infected; left wrists, left front broke leg swollen |
|  | ~~afront~~ |  | ~~red+white~~ | ~~M/A~~ |  |  | back left paw severely amaciated, hair loss on legs, scars on legs, head |
|  | 020 |  | brindle | F | 2 |  | intact, sore on wrist, wand & rear thigh, long claws, anxious |
|  | 021 |  | Brindle, white on back toes | M | 5 |  | severly amaciated, pale gums, scaly ears, scars on front legs, wound, ulcers on front legs, ulcer on hip bone, sore on back spine |
|  | 022 |  | Tan | F | 2 |  | scars on head, severly amaciated, fearful, tense abdomen ab behind, infected L wrist, dehydrated |
|  | 023 |  | Tan, white on chest | M | 5 |  | submissive, amaciated, intact, multiple teeth broken, chain eater, dog aggressive/reactive, scars everywhere |
|  | 024 |  | Tri, white stripe on head + chest | F | 2 |  | nasal discharge, in heat, dehydrated, pressure sores on legs, fearful, lower jaw malformed or broken |

Completed by Sarah Serna-Griffis  Signature [signed]